UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re *Ex Parte* Application of VERANOVA BIDCO LP for an Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782.

Case No. 23 Misc. 258

[~~PROPOSED~~] ORDER

The Court, having reviewed the application for an order under 28 U.S.C. § 1782 to conduct discovery for use in foreign proceedings, the memorandum of law in support thereof, the petition, and the declaration of O. Andrew F. Wilson, dated August 2, 2023 (the "Wilson Declaration") and the exhibits thereto, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting Petitioner's application. It is therefore:

ORDERED that Petitioner is granted leave to serve the subpoena annexed as Exhibit B to the Wilson Declaration; and it is

FURTHER ORDERED that the documents requested in the subpoena annexed as Exhibit B to the Wilson Declaration shall be produced within two weeks of service of the subpoena.\*

Dated: 8/3, 2023    SO ORDERED.

_____
United States District Judge

\* This order is without prejudice to the rights of Ernst & Young LLP to move to quash or to assert that the application was improvidently granted in response to any motion to compel.